| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**WRIGHT, FINLAY & ZAK, LLP**<br>Arnold L. Graff, Esq. (SBN 269170)<br>4665 MacArthur Court, Suite 200<br>Newport Beach, CA 92660<br>Telephone: (949) 477-5050<br>Fax: (949) 608-9142<br>Email: agraff@wrightlegal.net<br>WFZ No.: 261-20251945<br><br>☐ Individual *appearing without an attorney*<br>☒ Attorney for Movant | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA - <u>RIVERSIDE</u> DIVISION** ||
| In re:<br><br>GRACIELLA ELLI ULAAN, AKA GRACIELLA E. ULAAN, AKA GRACIELLA ULAAN, FDBA GRACIELLA ULAAN CONSULTING,<br><br><br><br><br><br><br>Debtor(s) | CASE NO.: 6:25-bk-12029-RB<br>CHAPTER: 7<br><br>**NOTICE OF LODGMENT OF ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §§ 362(d)(1) and (d)(2)** |

PLEASE TAKE NOTE that the order granting motion for relief from the automatic stay pursuant to 11 U.S.C. §§ 362 (d)(1) and (d)(2) was lodged on (*date*) <u>July 7, 2025</u> and is attached. This order relates to the motion which is docket number <u>11</u>.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*          Page 1          **F 9021-1.2.BK.NOTICE.LODGMENT**

# EXHIBIT A

 **Bankruptcy LODGED ORDER UPLOAD FORM**

Monday, July 07, 2025

<u>CONFIRMATION</u> :

Your Lodged Order Info:
( **11327820.docx** )
  A new order has been added

- **Office**:  Riverside
- **Case Title**:  Graciella Elli Ulaan
- **Case Number**:  25-12029
- **Judge Initial**:  RB
- **Case Type**:  bk ( Bankruptcy )
- **Document Number**:  11
- **On Date**:  07/07/2025 @ 09:43 AM

Thank You!

---

United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Los Angeles, CA 90012

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **WRIGHT, FINLAY & ZAK, LLP**<br>Arnold L. Graff, Esq. (SBN 269170)<br>4665 MacArthur Court, Suite 200<br>Newport Beach, CA 92660<br>Telephone: (949) 477-5050<br>Fax: (949) 608-9142<br>Email: agraff@wrightlegal.net<br>WFZ No.: 261-20251945<br><br>☒ *Attorney for Movant*<br>☐ *Movant appearing without an attorney* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br><br>GRACIELLA ELLI ULAAN, AKA GRACIELLA E. ULAAN, AKA GRACIELLA ULAAN, FDBA GRACIELLA ULAAN CONSULTING,<br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 6:25-bk-12029-RB<br><br>CHAPTER: 7 |
|---|---|
| | **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br><br>**(REAL PROPERTY)** |
| | DATE: July 2, 2025<br>TIME: 11:00 am<br>COURTROOM: 303<br>PLACE: United States Bankruptcy Court<br>            3420 Twelfth Street<br>            Riverside, CA 92501 |

**Movant:** STEPHEN HARMON BURINGTON AND LISA MARIE VILLANUEVA BURINGTON, TRUSTEES OF THE BURINGTON FAMILY TRUST, UTA, DATED SEPTEMBER 27, 2018 AND ANY AMENDMENTS THERETO, AS TO 40% INTEREST, MIRPUR INC. A CALIFORNIA CORPORATION, AS TO 32% INTEREST, AND AM 401K TRUST, AS TO 28% INTEREST, AS TENANTS IN COMMON

1. The Motion was:    ☐ Opposed    ☒ Unopposed    ☐ Settled by stipulation

2. The Motion affects the following real property (Property):

   *Street address*:    11792 Pomelo Drive
   *Unit/suite number*:
   *City, state, zip code*:    Desert Hot Springs, CA 92240

   Legal description or document recording number (including county of recording):
   Doc # 2024-0037100; Recorded in Official Records, County of Riverside, State of California

   LOT 29 OF TRACT NO. 31427 IN THE CITY OF DESERT HOT SPRINGS, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 386 PAGE(S) 41-42 OF MAPS IN THE OFFICE OF THE COUNTY RECORDER OF RIVERSIDE COUNTY

   APN: 638-412-002

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*                                Page 1                                **F 4001-1.RFS.RP.ORDER**

3. The Motion is granted under:

   a. ☒ 11 U.S.C. § 362(d)(1)

   b. ☐ 11 U.S.C. § 362(d)(2)

   c. ☐ 11 U.S.C. § 362(d)(3)

   d. ☐ 11 U.S.C. § 362(d)(4).  The filing of the bankruptcy petition was part of a scheme to hinder, delay, or defraud creditors that involved:

      (1) ☐ The transfer of all or part ownership of, or other interest in, the Property without the consent of the secured creditor or court approval; and/or

      (2) ☐ Multiple bankruptcy cases affecting the Property.

      (3) ☐ The court   ☐ makes   ☐ does not make   ☐ cannot make
          a finding that the Debtor was involved in this scheme.

      (4) If recorded in compliance with applicable state laws governing notices of interests or liens in real property, this order shall be binding in any other case under this title purporting to affect the Property filed not later than 2 years after the date of the entry of this order by the court, except that a debtor in a subsequent case under this title may move for relief from this order based upon changed circumstances or for good cause shown, after notice and a hearing.  Any federal, state or local government unit that accepts notices of interests or liens in real property shall accept any certified copy of this order for indexing and recording.

4. ☒ As to Movant, its successors, transferees and assigns, the stay of 11 U.S.C. § 362(a) is:

   a. ☒ Terminated as to the Debtor and the Debtor's bankruptcy estate.

   b. ☐ Modified or conditioned as set forth in Exhibit _____ to this order.

   c. ☐ Annulled retroactively to the bankruptcy petition date.  Any post-petition acts taken by Movant to enforce its remedies regarding the Property do not constitute a violation of the stay.

5. ☒ Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor or property of the estate except by filing a proof of claim pursuant to 11 U.S.C. § 501.

6. ☐ Movant must not conduct a foreclosure sale of the Property before (*date*) _____.

7. ☐ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Agreement contained within this order.

8. ☐ In chapter 13 cases, the trustee must not make any further payments on account of Movant's secured claim after entry of this order.  The secured portion of Movant's claim is deemed withdrawn upon entry of this order without prejudice to Movant's right to file an amended unsecured claim for any deficiency.  Absent a stipulation or order to the contrary, Movant must return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this order.

9. ☐ The co-debtor stay of 11 U.S.C. § 1201(a) or § 1301(a) is terminated, modified or annulled as to the co-debtor, as to the same terms and conditions as to the Debtor.

10. ☒ The 14-day stay as provided in FRBP 4001(a)(3) is waived.

11. This order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.

12. Movant, or its agents, may, at its option, offer, provide and enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout or loss mitigation agreement.  Movant, through its servicing agent, may contact the Debtor by telephone or written correspondence to offer such an agreement.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014* — Page 2 — **F 4001-1.RFS.RP.ORDER**

13. Upon entry of this order, for purposes of Cal. Civ. Code § 2923.5, the Debtor is a borrower as defined in Cal. Civ. Code § 2920.5(c)(2)(C).

14. ☐ A designated law enforcement officer may evict the Debtor and any other occupant from the Property regardless of any future bankruptcy case concerning the Property for a period of 180 days from the hearing of this Motion

    (a) ☐ without further notice.

    (b) ☐ upon recording of a copy of this order or giving appropriate notice of its entry in compliance with applicable non-bankruptcy law.

15. ☐ This order is binding and effective in any bankruptcy case commenced by or against the Debtor for a period of 180 days, so that no further automatic stay shall arise in that case as to the Property.

16. ☐ This order is binding and effective in any bankruptcy case commenced by or against any debtor who claims any interest in the Property for a period of 180 days from the hearing of this Motion:

    (a) ☐ without further notice.

    (b) ☐ upon recording of a copy of this order or giving appropriate notice of its entry in compliance with applicable non-bankruptcy law.

17. ☐ This order is binding and effective in any future bankruptcy case, no matter who the debtor may be

    (a) ☐ without further notice.

    (b) ☐ upon recording of a copy of this order or giving appropriate notice of its entry in compliance with applicable non-bankruptcy law.

18. ☐ Other (*specify*):

###

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*     Page 3     **F 4001-1.RFS.RP.ORDER**

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

4665 MacArthur Cout, Suite 200, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §§ 362(d)(1) and (d)(2)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) July 7, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On (*date*) July 7, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 7, 2025 | JACKIE KLABACHA POWELL | /s/ Jackie Klabacha Powell |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                            Page 2                                            **F 9021-1.2.BK.NOTICE.LODGMENT**

| In re (SHORT TITLE) | CHAPTER: 13 |
|---|---|
| Graciella Elli Ulaan; aka Graciella E Ulaan; aka Graciella Ulaan; fdba Graciella Ulaan Consulting                                                                Debtor(s). | CASE NO.: 6:25-bk-12029-RB |

**ADDITIONAL SERVICE INFORMATION** (if needed):

TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):
Jenny L Doling jd@jdl.law, dolingjr92080@notify.bestcase.com;15994@notices.nextchapterbk.com; jdoling@jubileebk.net
Arnold L Graff agraff@wrightlegal.net, nvbkfiling@wrightlegal.net; jpowell@wrightlegal.net
Larry D Simons (TR) larry@janus.law, c119@ecfcbis.com; nancy@lsimonslaw.com; simonsecf@gmail.com; keila@janus.law
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

TO BE SERVED BY UNITED STATES MAIL:

DEBTOR:
Graciella Elli Ulaan
11792 Pomelo Drive
Desert Hot Springs, CA 92240

DEBTOR'S COUNSEL:
Jenny L Doling
J. DOLING LAW, PC
36-915 Cook Street, Suite 101
Palm Desert, CA 92211

CHAPTER 7 TRUSTEE:
Larry D Simons
Law Offices of Larry D. Simons
3550 Vine Street, Suite 210
Riverside, CA 92507

U.S. TRUSTEE:
United States Trustee
3801 University Avenue, Suite 720
Riverside, CA 92501-3200

*SENIOR LIENHOLDER:
NewRez, LLC
Attn: Bankruptcy
PO Box 10826
Greenville, SC 29603

*SENIOR LIENHOLDER:
NewRez, LLC
Attn: Agent for Service of Process
CSC - Lawyers Inc. Service
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

*SENIOR LIENHOLDER:
NewRez, LLC
Attn: CEO or President
601 Office Center Drive, Suite 100
Fort Washington, PA 19034

*_To the attention of an officer, managing or general agent, or to any other agent authorized by appointment of law to receive service of process._

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

| In re (SHORT TITLE) Graciella Elli Ulaan; aka Graciella E Ulaan; aka Graciella Ulaan; fdba Graciella Ulaan Consulting Debtor(s). | CHAPTER: 13 CASE NO.: 6:25-bk-12029-RB |
|---|---|

**ADDITIONAL SERVICE INFORMATION** (if needed):

SERVED BY UNITED STATES MAIL:

*JUDGMENT LIEN:
Capital One, N.A.
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130

*JUDGMENT LIEN:
Capital One, N.A.
Attn: CEO or President
1680 Capital One Drive
McLean, VA 22102

*JUDGMENT LIEN:
Capital One, N.A.
Attn: Agent for Service of Process
CSC - Lawyers Inc. Service
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

* To the attention of an officer, managing or general agent, or to any other agent authorized by appointment of law to receive service of process.